UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


JAMES D. LEVEILLEE

     v.                                                     CA 04-540 ML

JO ANNE B. BARNHART
Commissioner of Social Security


## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's objections to a Report and Recommendation issued by Magistrate Judge Almond on September 26, 2005. Magistrate Judge Almond recommends that this Court grant the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and deny plaintiff's Motion for Summary Judgment. Plaintiff makes three specific objections to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and plaintiff's objections to it. The Court finds that the Magistrate Judge's factual findings are fully supported by the record and that his legal conclusions are consistent with applicable law. The Court further finds that plaintiff's objections are without merit.

Accordingly, the Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion for Summary Judgment is DENIED. The Commissioner's Motion for

an Order Affirming the Decision of the Commissioner is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
United States District Judge
October  11  , 2005